Sheila M. Salomon, SBN 164619
Andrew L.Y. Chang, SBN 222309
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone: 415.544.1900
Facsimile: 415.391.0281
Email: ssalomon@shb.com
achang@shb.com

Attorneys for Plaintiffs
PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; VIRGIN RECORDS AMERICA, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; WARNER BROS. RECORDS INC.; and UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY MARINARO,<br><br>Defendant. | Case No. 05-01748 JSW<br><br>**EX PARTE APPLICATION TO VACATE THE CASE MANAGEMENT CONFERENCE AND SETTING FORTH A SCHEDULE FOR OBTAINING DEFAULT JUDGMENT AND [PROPOSED] ORDER** |

Plaintiffs hereby request that this court vacate the current case management conference scheduled for July 29, 2005 at 1:30 p.m. Plaintiffs in this case have had a default entered against Defendant Anthony Marinaro. There is, therefore, no case scheduling that needs to be done.

1

90684V1

1  Plaintiffs propose setting the following schedule to file and have heard a motion for default
2  judgment: Plaintiffs will file their motion no later than September 23, 2005 with a hearing on
3  December 9, 2005.

Dated: July 27, 2005

Respectfully submitted,

SHOOK HARDY & BACON L.L.P.

By: __/s/ Sheila M. Salomon__
　　　SHEILA M. SALOMON

Attorneys for Plaintiffs
PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; VIRGIN RECORDS AMERICA, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; WARNER BROS. RECORDS INC.; and UMG RECORDINGS, INC.

### ORDER

It is hereby ordered that the case management conference previously set for July 29, 2005 is vacated. Plaintiffs will file their motion for default judgment on or before September 23, 2005. A hearing will be set for December 9, 2005 to consider Plaintiffs' motion.

Dated: July 28, 2005

*Jeffrey S White*
THE HONORABLE JEFFREY S. WHITE
United States District Judge

90684V1