IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRIORITY RECORDS LLC, et al.

    Plaintiff,

v.

ANTHONY MARINARO,

    Defendant.

No. C 05-01748 JSW

**ORDER TO SHOW CAUSE**

On July 28, 2005, this Court granted Plaintiffs' *ex parte* application to vacate the case management conference, because a default had been entered against Defendant. As part of the Order, Plaintiffs were required to file a motion for default judgment on or before September 23, 2005. To date, no such motion has been filed.

Accordingly, Plaintiffs' are hereby Ordered to Show Cause as to why they have not complied with the Court's Order of July 28, 2005. Plaintiffs shall respond, in writing, by no later than October 14, 2005.

**IT IS SO ORDERED.**

Dated: October 6, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE