**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRIORITY RECORDS LLC, et al.

    Plaintiffs,

  v.

ANTHONY MARINARO,

    Defendant.
_____/

No. C 05-01748 JSW

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, the motion for default judgment filed by Plaintiffs against Defendant Anthony Marinaro in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: October 12, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom