IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRIORITY RECORDS LLC, et al.

    Plaintiffs,

v.

ANTHONY MARINARO,

    Defendant.
_____/

No. C 05-01748 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

The Court has reviewed Magistrate Judge Edward M. Chen's Report and Recommendation re Plaintiffs' Motion for Default Judgment. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, default judgment is GRANTED and Plaintiffs are awarded $6,000 in statutory damages and $250 in costs. The Court FURTHER ORDERS that Defendant Anthony Marinaro is permanently enjoined from unlawfully reproducing, distributing, or making available for distribution any present and future Copyrighted Recordings owned by Plaintiffs and/or their affiliate record labels. Defendant is FURTHER ORDERED to destroy all copies of Plaintiffs' Copyrighted Recordings that he has unlawfully downloaded and transferred onto any computer hard drive, server, physical medium, or device

**IT IS SO ORDERED.**

Dated: April 19, 2006

                                                                       *Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE