IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRIORITY RECORDS LLC, et al.

        Plaintiffs,                              No. C 05-01748 JSW

  v.                                          **JUDGMENT**

ANTHONY MARINARO,

        Defendant.
_____/

     Pursuant to the Court's Order this date adopting in full Magistrate Judge Edward M. Chen's Report and Recommendation on Plaintiffs' motion for default judgment, the Court enters JUDGMENT against Defendant Anthony Marinaro as follows:

(1) Judgment in the amount of $6,250 is entered against Defendant;

(2) Defendant is permanently enjoined from unlawfully reproducing, distributing, or making available for distribution any present and future Copyrighted Recordings owned by Plaintiffs and/or their affiliate record labels; and

(3) Defendant shall destroy all copies of Plaintiffs' Copyrighted Recordings that he has unlawfully downloaded and transferred onto any computer hard drive, server, physical medium, or device.

**IT IS SO ORDERED.**

Dated: April 19, 2006

                                                       */s/ Jeffrey S. White*
                                                     JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE